Zayas, P.J., concurring in part and dissenting in part.
{¶ 72} I concur with the majority opinion except with regard to the use of a prior juvenile adjudication as an element of an adult offense. I agree with Judge Cunningham's dissent in State v. Carnes that: "If juvenile adjudications are not reliable enough to enhance a criminal sentence, surely they are not sufficiently reliable to alone sustain proof beyond a reasonable doubt of an element of a crime." Carnes , 2016-Ohio-8019, 75 N.E.3d 774, ¶ 19 (1st Dist.) (Cunningham, P.J., dissenting). Therefore, I would sustain the first assignment of error on that basis, and would reverse and discharge on the weapon-under-disability counts. I would affirm the trial court's judgment in all other respects.
Robert H. Gorman, retired, from the First Appellate District, sitting by assignment.